23cv14778
Judge Jenkins
Magistrate Judge McShain
CAT2
RANDOM

FILED

AxA

OCT 11 2023 SMB

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

*PRO SE* COMPLAINT

1.  Nathan Wollman ("Plaintiff") was employed by the Circuit Court of Cook County's Office of the Chief Judge in the Legal Research Division ("Defendant") from October 29, 2007, to April 10, 2018, in Chicago, Illinois.

2.  The following personal property was among the personal effects in Plaintiff's office on the 33rd floor of the George W Dunne Cook County Office Building at 69 West Washington Street in Chicago, Illinois: two Norton Bankruptcy Law and Practice books, one Blue Book, one Chicago Manual of Style, one Sullivan's Law Directory, two large BarBri outline books, and a hand-held Xyliss ultrasound device (collectively, the "Property").

3.  The foregoing Property was not available or accessible to Plaintiff when he returned to the George W Dunne Cook County Office Building to retrieve the remainder of his personal property in 2018.

4.  Furthermore, Plaintiff sent, by way of email, a formal demand letter for the return of the Property to Laura Kelly of the Human Resources Department within the Office of the Chief Judge in the Circuit Court of Cook County on October 11, 2018. The letter explained the importance of the Property, including the large amount of irreplaceable copyrighted notes, comments, and other written material, which cannot be duplicated or replaced by simply replacing the books themselves, in the margins of the books at issue.

5.  Laura Kelly responded by email on October 19, 2018, indicating that she would allegedly conduct the requested investigation but ultimately did nothing and sent no further communication. Laura Kelly additionally did nothing in response to another demand made by email on May 28, 2021.

5.  Defendant has wrongfully and illegally withheld property that does not belong to it.

COUNT I: CONVERSION

6.  Defendant has wrongfully withheld personal property that does not belong to it and has furthermore committed conversion by refusing to do so.

COUNT II: 42 U.S.C. section 1983

7.  Defendant, a government entity, has deprived Plaintiff of property without due process of law and without just compensation in violation of the 14th Amendment to the U.S. Constitution.

PRAYER FOR RELIEF

8.  Plaintiff prays for a judgment of either A) replevin of the Property or B) compensatory, incidental, and consequential damages.

9.  Plaintiff further prays for an award of costs as well as attorney's fees pursuant to 42 U.S.C. section 1988 should an attorney be retained in this matter.

Nathan Wollman, pro se